**From:** "Muranaka, Maureen" <mmuranaka@BryanCave.com>
**To:** 'Barbara Paulo' <bpaulo@TGHAWAII.com>
**Date:** 12/21/05 8:23AM
**Subject:** RE: PARADISE MEMORIAL PARK

Barbara - contact Cliff and maybe he can assist - I'm local counsel for the Lender so I don't have the Borrower's contact information regarding its existing mortgages.

-----Original Message-----
From: Barbara Paulo [mailto:bpaulo@TGHAWAII.com]
Sent: Wednesday, December 21, 2005 10:21 AM
To: Muranaka, Maureen
Subject: RE: PARADISE MEMORIAL PARK


Good morning:

I haven't received the payoff figures, does anyone have a direct contact person's name, telephone number or e-mail address that I can call?

Thank you,
Barbara

-----Original Message-----
From: Muranaka, Maureen [mailto:mmuranaka@BryanCave.com]
Sent: Tuesday, December 20, 2005 5:26 PM
To: Barbara Paulo
Subject: FW: PARADISE MEMORIAL PARK
Importance: High



Barbara - I forgot to copy you on this e-mail.

-----Original Message-----
From: Muranaka, Maureen
Sent: Tuesday, December 20, 2005 7:17 PM
To: 'Clifford Miller'
Cc: Kousoulas, James; lforlenza@gwf747.com; 'Beverly Tomita'
Subject: RE: PARADISE MEMORIAL PARK
Importance: High


Thank you very much Cliff. I called Beverly Tomita's office about an hour ago and spoke with Susan. Susan tells me that she is working on a preliminary report and has no knowledge of our request for the commitment or the pro formal I asked her to have Beverly call me to discuss, but I think that you'll have better luck. Would you call her and remind her of the commitment/pro forma discussion that you had with her last week? Susan did say that they cannot in any event prepare a pro forma without at least having the DRAFT loan documents. I certainly understand that, but perhaps they can at least prepare the commitment.

Also, I will try to touch base with Barbara Paulo, but would you try also?

EXHIBIT "1"

I need to find out if she has the payoff figures and is able to prepare an estimated statement so that Lee will know how much needs to be wired to the Title Guaranty Escrow account for the payoffs and the closing costs.

Finally, in view of the fact that TG is only acting as agent and that we will be funding money through escrow, we will need a closing protection letter, which I can coordinate from here in California BUT I need to know which title insurer TG has selected. Please let me know and I can contact my CA contacts (if necessary) from Chicago Title or First American.

Maureen M. Muranaka
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

(310) 576-2112 (tel)
(310) 576-2200 (fax)

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.


DISCLAIMER: This message is only intended for the addressee named above. Its contents may be confidential, privileged or otherwise protected. Any unauthorized use, disclosure or copying of this message or its contents is prohibited. If you are not the intended recipient, (i) please do not read or disclose it to others, (ii) please notify the sender by reply e-mail or phone, and (iii) please delete this communication from your system. Any personal opinions expressed in this message do not necessarily represent the views of Title Guaranty.

CC:         "Clifford J. Miller " <cmiller@m4law.com>