IN THE UNITED STATES DISTRICT COURT

FOR TH DISTRICT OF HAWAI'I

| | |
|---|---|
| McCORRISTON MILLER MUKAI MacKINNON LLP, a Hawai'i limited liability partnership; and WILLIAM C. McCORRISTON,<br><br>        Plaintiffs,<br><br>vs.<br><br>BFI CAPITAL, LLC, a Delaware limited liability company; D.B. ZWIRN REAL ESTATE CREDIT PARTNERS L.L.C., a Delaware limited liability company; LAWRENCE I. LINKSMAN; LANCE GOTTHOFFER; REED SMITH LLP, a Delaware limited law partnership,<br><br>        Defendants. | CIVIL NO. _____<br>(Declaratory Judgment)<br><br>SUMMONS |

## SUMMONS

STATE OF HAWAI'I

To the above-named Defendant(s):

YOU are hereby summoned and required to serve upon WILLIAM C. McCORRISTON, Plaintiff's attorney, whose address is Five Waterfront Plaza, 4th Floor, 500 Ala Moana Boulevard, Honolulu, Hawai'i 96813, an answer to the

218982.5

Complaint which is herewith served upon you, within twenty (20) days [one 21 ∛] after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Pursuant to Rule 4(b) of the Hawai`i Rules of Civil Procedure, this summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

DATED: Honolulu, Hawai`i, _____ JAN 0 5 2010 _____.

SUE BEITIA
Clerk of the Above-Entitled Court

*Sale M.*
Deputy Clerk, United States
District Court, District of Hawaii

---

McCorriston Miller Mukai MacKinnon LLP, et al. v. BFI Capital, LLC, et al.; In the United States District Court for the District of Hawai`i

2